# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| VERTIS JEROME ANTHONY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:21-cv-00861-AMM-SGC |
| ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF TRANSFER

On October 6, 2021, the magistrate judge entered a report recommending this matter, construed as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, be transferred to the United States District Court for the Middle District of Alabama. Doc. 2. On October 25, 2021, the court received objections, dated as signed on October 20, 2021, filed by the *pro se* petitioner, Vertis Jerome Anthony. Doc. 3.

Mr. Anthony contends transfer to the Middle District: (1) would be unjust because a court sitting in that district denied a motion for *in forma pauperis* status in a case Anthony filed there in 2015; and (2) could create a conflict of interests. *Id.* at 1-2. It is unclear how the denial of *in forma pauperis* status in a previous case in the Middle District could lead to injustice in the instant case; Mr. Anthony's objections do not shed light on this question. Likewise, Mr. Anthony's assertion that

transfer to the Middle District could create a conflict of interest is unsupported by argument or explanation. Accordingly, Mr. Anthony's objections are **OVERRULED**. Doc. 3.

After careful consideration of the entire record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. Accordingly, this matter is **TRANSFERRED** to the United States District Court for the Middle District of Alabama. 28 U.S.C. § 2241(d). Mr. Anthony's motion for bond, filed on October 25, 2021, is left for consideration by the transferee court. Doc. 4.

The Clerk of Court is **DIRECTED** to mail a copy of this order to Mr. Anthony.

**DONE** and **ORDERED** this 23rd day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE