IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERTIS JEROME ANTHONY, # 282673, ) ) Petitioner, ) ) v. ) ) STATE OF ALABAMA, *et al.*, ) ) Respondents. ) | Civil Action No. 2:21-cv-810-WHA-SMD (WO) |

**ORDER**

On December 9, 2021, the Magistrate Judge filed a Recommendation that this case be dismissed for lack of jurisdiction under the provisions of 28 U.S.C. § 2244(b)(3)(A). (Doc. 7.) Petitioner has filed Objections to the Recommendation. (Doc. 10.) Upon an independent review of the record and upon consideration of the Recommendation and Petitioner's Objections, it is ORDERED that:

(1)  Petitioner's Objections (Doc. 10) are OVERRULED;

(2)  the Magistrate Judge's Recommendation (Doc. 7) is ADOPTED; and

(3)  this case DISMISSED for lack of jurisdiction, in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), because Petitioner has not obtained the required permission from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider Petitioner's successive habeas application.

A final judgment will be entered separately.

DONE this 5th day of January, 2022.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE